UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Patricia Wilson

V.                                  Case Number:  3:02cv03 MRK

American National Red Cross

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on January 12, 2003 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on February 11, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, January 12, 2004.


KEVIN F. ROWE, CLERK

By: /s/ Kenneth R. Ghilardi
    Kenneth R. Ghilardi
    Deputy Clerk