FILED

Feb 11  1  40 PM '04

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PATRICIA WILSON** | : | |
| | : | CIVIL ACTION NO. |
| **Plaintiff** | : | 3-02-CV-3 MRK |
| vs. | : | |
| | : | |
| **AMERICAN NATIONAL RED CROSS** | : | FEBRUARY 9, 2004 |
| | : | |
| **Defendant** | | |

## WITHDRAWAL OF ACTION

This withdrawal is being filed because the dispute has been resolved by discussion of the parties on their own. The Plaintiff's action is withdrawn as to all defendants without costs to any party.

RESPECTFULLY SUBMITTED,

_____
David H. Siegel
Polinsky, Santos, Siegel & Polinsky
890 West Boulevard
Hartford, CT 06105
(860) 232-9959    C+ 13205

**CERTIFICATION**

This is to certify that the foregoing was mailed, postage prepaid, this 9th day of February, 2004 to all counsel of record: Patrick M. Noonan, Esq., Delaney, Zemetis, Donahue, Durham & Noonan, 741 Boston Post Road, Guilford, CT 06437.

_____
David H. Siegel