UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Patricia Wilson

V.  Case Number: 3:02cv03 MRK

American National Red Cross

## JUDGMENT

Notice having been sent to counsel of record on January 12, 2004, pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before February 11, 2004.

No closing papers having been received and no further requests for continuance having been received, it is hereby,

ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 13th day of February, 2004.

KEVIN F. ROWE, Clerk

By /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____